1  ARCH Y. STOKES, Georgia State Bar No. 683100
   astokes@sheastokes.com
2  SHEA STOKES, ALC
   3593 Hemphill Street
3  College Park, GA 30337
   TELEPHONE:      (404)766-0076
4  FACSIMILE:      (404)766-8823

5  PETER B. MARETZ, California State Bar No. 144826
   pmaretz@sheastokes.co
6  SHEA STOKES, ALC
   510 MARKET STREET, THIRD FLOOR
7  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:      (619) 232-4261
8  FACSIMILE:      (619) 232-4840

9  Attorneys for Four Seasons Hotels Limited, a Canadian company

10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13

14 | BENIGNO BACOLORES, on behalf of himself and all others similarly situated, | CASE NO.
15 |  | (San Francisco Superior Court Case No. CGC-07-467485)
16 | Plaintiff, |
   | v. | DECLARATION OF LYNNE MOORHEAD IN SUPPORT OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. SECTIONS 1332(d), 1441, AND 1446
17 | FOUR SEASONS HOTELS LIMITED, a Canadian company doing business in California, and Does 1-100, inclusive, |
18 |  |
19 |  | [28 USC §§ 1332(a), 1332(d), 1441(b), and 1446]
   | Defendant. |
20 |  |
21 |  | ACCOMPANYING PLEADINGS:
22 |  | CIVIL CASE COVER SHEET; CERTIFICATE OF INTERESTED PARTIES OF PERSONS; NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT; DECLARATIONS OF PETER B. MARETZ, AND SAMANTHA WALDER
23 |
24 |
25 |  | Action Filed September 21, 2007
26

27  ///
28  ///

DECLARATION OF LYNNE MOORHEAD IN SUPPORT OF REMOVAL OF CIVIL ACTION FROM STATE COURT

1  I, Lynne Moorhead, declare as follows:

2

3  1. I am employed as a Manager and Law Clerk for Four Seasons Hotels Limited, and make this declaration in that capacity. The following is stated of my own personal knowledge and my review of the records of Four Seasons Hotels Limited, which I regularly rely upon and which are kept in the ordinary course of business. If called and sworn as a witness, I could and would testify competently thereto.

2. Four Seasons Hotels Limited is a corporation organized and existing under the laws of the Province of Ontario, Country of Canada. Its principal place of business is 1165 Leslie Street, Toronto, Ontario, Canada.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of November, 2007.

_____
Lynne Moorhead

Moorhea
FINAL (...)

-2-    DECLARATION OF LYNNE MOORHEAD IN SUPPORT OF REMOVAL OF CIVIL ACTION FROM STATE COURT