```
 1  ARCH Y. STOKES, Georgia State Bar No. 683100
    astokes@sheastokes.com
 2  SHEA STOKES, ALC
    3593 Hemphill Street
 3  College Park, GA 30337
    TELEPHONE:    (404)766-0076
 4  FACSIMILE:    (404)766-8823

 5

    PETER B. MARETZ, California State Bar No. 144826
 6  pmaretz@sheastokes.com
    SHEA STOKES, ALC
 7  510 MARKET STREET, THIRD FLOOR
    SAN DIEGO, CALIFORNIA 92101-7025
 8  TELEPHONE:    (619) 232-4261
    FACSIMILE:    (619) 232-4840
 9

10  Attorneys for Four Seasons Hotels Limited, a Canadian company

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14
```

| | |
|---|---|
| BENIGNO BACOLORES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOUR SEASONS HOTELS LIMITED, a Canadian company doing business in California, and Does 1-100, inclusive,<br><br>Defendant. | CASE NO.<br><br>(San Francisco Superior Court Case No. CGC-07-467485)<br><br>DECLARATION OF SAMANTHA WALDER IN SUPPORT OF REMOVAL OF CIVIL ACTION FROM STATE COURT<br><br>[28 U.S.C. §§ 1332(a), 1332(d), 1441, and 1446]<br><br>ACCOMPANYING PLEADINGS:<br>CIVIL CASE COVER SHEET;<br>CERTIFICATE OF INTERESTED PARTIES OF PERSONS; NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT; DECLARATIONS OF PETER B. MARETZ; AND LYNNE MOORHEAD<br><br>Action Filed September 21, 2007 |

27  ///

28

DECLARATION OF SAMANTHA WALDER IN SUPPORT OF REMOVAL OF CIVIL ACTION FROM STATE COURT

I, Samantha Walder, declare as follows:

1. I am the Director of Human Resources of the Four Seasons Hotel Los Angeles at Beverly Hills (hereafter "FSLA"). The following is stated of my own knowledge or on my review of the records of FSLA, which records I regularly rely upon and are kept in the ordinary course of business. If called upon and sworn to testify, I could and would competently testify thereto.

2. I am not an employee of Four Seasons Hotels Limited (hereafter "FSHL"), nor are any of the employees working at the Four Seasons Hotel Los Angeles.

3. I make this affidavit in support of FSHL's Notice of Removal.

4. There are currently approximately 500 full-time hourly employees working at FSLA. At least for the last four years, this number has been generally consistent.

5. Benigno Bacolores worked at FSLA from April 3, 1987 until June 22, 2007. His regular hourly rate as of his termination was $17.35. Typically, Mr. Bacolores worked 5 shifts of 8 hours per week. Considering vacation and holidays, this amounts to approximately 240 work days per year.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of November, 2007, at Beverly Hills, California.

*Samantha Walder*
Samantha Walder

-2-  DECLARATION OF SAMANTHA WALDER IN SUPPORT OF REMOVAL OF CIVIL ACTION FROM STATE COURT