1  ARCH Y. STOKES, Georgia State Bar No. 683100
   astokes@sheastokes.com
2  SHEA STOKES, ALC
   3593 Hemphill Street
3  College Park, GA 30337
   TELEPHONE:      (404)766-0076
4  FACSIMILE:      (404)766-8823

5

   PETER B. MARETZ, California State Bar No. 144826
6  pmaretz@sheastokes.com
   SHEA STOKES, ALC
7  510 MARKET STREET, THIRD FLOOR
   SAN DIEGO, CALIFORNIA 92101-7025
8  TELEPHONE:      (619) 232-4261
   FACSIMILE:      (619) 232-4840
9

10 Attorneys for Four Seasons Hotels Limited, a Canadian company

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| 14  BENIGNO BACOLORES, on behalf of himself and all others similarly situated, | CASE NO. |
| 15  Plaintiff, | (San Francisco Superior Court Case No. CGC-07-467485) |
| 16  v. | |
| 17  FOUR SEASONS HOTELS LIMITED, a Canadian company doing business in California, and Does 1-100, inclusive, | CERTIFICATE OF INTERESTED PARTIES OR PERSONS |
| 18 | ACCOMPANYING PLEADINGS: CIVIL CASE COVER SHEET; NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT; DECLARATIONS OF PETER B. MARETZ, LYNNE MOORHEAD, AND SAMANTHA WALDER |
| 19  Defendant. | |
| 20 | |
| 21 | |
| 22 | Action Filed September 21, 2007 |

23
24  ///
25  ///
26  ///
27  ///
28  ///

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| PARTY | CONNECTION AND INTEREST |
|---|---|
| FS Hotels (L.A.) Inc. | Employer of Plaintiff |

DATED: November 2, 2007     SHEA STOKES ALC

By: _____
Arch Y. Stokes
Peter B. Maretz
Attorneys for Four Seasons Hotels Limited, a Canadian company

-2-    CERTIFICATE OF INTERESTED PARTIES OR PERSONS