1  ARCH Y. STOKES, Georgia State Bar No. 683100
   astokes@sheastokes.com
2  SHEA STOKES, ALC
   3593 Hemphill Street
3  College Park, GA 30337
   TELEPHONE:    (404)766-0076
4  FACSIMILE:    (404)766-8823

5

6  PETER B. MARETZ, California State Bar No. 144826
   pmaretz@sheastokes.com
   SHEA STOKES, ALC
7  510 MARKET STREET, THIRD FLOOR
   SAN DIEGO, CALIFORNIA 92101-7025
8  TELEPHONE:    (619) 232-4261
   FACSIMILE:    (619) 232-4840
9

10 Attorneys for Four Seasons Hotels Limited, a Canadian company

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

| 14 | BENIGNO BACOLORES, on behalf of himself and all others similarly situated, | CASE NO. C-07-05592-MHP |
|---|---|---|
| 15 | | (San Francisco Superior Court Case No. CGC-07-467485) |
| 16 | Plaintiff, | |
| 17 | v. | PROOF OF PERSONAL SERVICE |
| 18 | FOUR SEASONS HOTELS LIMITED, a Canadian company doing business in California, and Does 1-100, inclusive, | Action Filed September 21, 2007 |
| 19 | | |
| 20 | Defendant. | |

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

POS - Nationwide (S0077924) (2)

PROOF OF PERSONAL SERVICE

1 | *Bacolores v. Four Seasons Hotels Limited*
United State District Court, Northern District of California

2

3 | **PROOF OF SERVICE**

4 | STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

5 | I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 121 Broadway, Suite 331, San Diego, California 92101.

7 | On November 2, 2007, I served the following document(s) described as:

8 | • **CIVIL CASE COVER SHEET**

9 | • **CERTIFICATE OF INTERESTED PARTIES**

10 | • **NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT**

11 | • **DECLARATION OF PETER B. MARETZ**

12 | • **DECLARATION OF LYNNE MOOREHEAD**

13 | • **DECLARATION OF SAMANTHA WALDER**

14 |

15 | on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

16 | George R. Kingsley
Eric B. Kingsley
17 | KINGSLEY & KINGSLEY, APC
16133 Ventura Boulevard, Suite 1200
18 | Encino, CA 91436

19 | ~~Jose R. Garay~~
~~JOSE GARAY, APLC~~
20 | ~~2030 Main Street, Suite 1300~~
~~Irvine, CA 92614~~

21 |

22 | ~~Roger R. Carter~~
~~Bianca A. Sofonio~~
23 | ~~THE CARTER LAW FIRM~~
~~2030 Main Street, Suite 1300~~
~~Irvine, CA 92614~~

24 | ☐ BY MAIL: I am readily familiar with the firm's practice of collection and processing
25 | correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the
26 | ordinary course of business pursuant to Federal Rule of Civil Procedure section 5(b). I am aware that on motion of the party served, service is presumed invalid if postal cancellation
27 | date or postage meter date is more than one day after date of deposit for mailing in affidavit.

28 |

POS - Nationwide (S0077924) (2)

-2-

PROOF OF PERSONAL SERVICE

1  ☐   **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (619) 232-4840. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine issued a transmission report confirming that the transmission was complete and without error.

5  ☒   **BY PERSONAL SERVICE:** I hand-delivered said document(s) to the addressee(s) pursuant to Federal Rule of Civil Procedure section 5(b).

6  ☐   **BY OVERNIGHT DELIVERY** I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Federal Rule of Civil Procedure section 5(b).

8  ☐   **BY ELECTRONIC SUBMISSION:** Pursuant to Court order, I submitted said document(s) electronically to Verilaw Technologies, Inc., to be posted to the website and notice given to all parties that document was served.

Executed on November 2, 2007, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Nationwide Legal, Inc.