KINGSLEY & KINGSLEY, APC
GEORGE R. KINGSLEY, ESQ. SBN-38022
ERIC B. KINGSLEY, ESQ.  SBN-185123
eric@kingsleykinghsley.com
GREGORY E. GIVENS, ESQ.   SBN-212348
ggivens@kingsleykingsley.com
16133 VENTURA BL., SUITE 1200
ENCINO, CA 91436
(818) 990-8300, FAX (818) 990-2903

Jose R. Garay, Esq., SBN 200494
JOSE GARAY, APLC
jgaray@cartergaraylaw.com
2030 Main Street, Suite 1300
Irvine, CA 92614
(949) 260-9193; FAX: (949) 260-9194

Roger R. Carter, Esq., SBN 140196
rcarter@cartergaraylaw.com
Bianca A. Sofonio, Esq., SBN 179520
THE CARTER LAW FIRM
2030 Main Street, Suite 1300
Irvine, CA 92614
(949) 260-4737; FAX: (949) 260-4754

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENIGNO BACOLORES; et al., | CASE NO.: CV-07-05592-MHP |
| Plaintiffs, | |
| vs. | NOTICE OF INTERESTED PARTIES |
| FOUR SEASONS HOTELS LIMITED; et al., | |
| Defendants. | |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
2  persons, associations of persons, firms, partnerships, corporations (including parent
3  corporations) or other entities (i) have a financial interest in the subject matter in
4  controversy or in a party to the proceeding, or (ii) have a non-financial interest in
5  that subject matter or in a party that could be substantially affected by the outcome
6  of this proceeding:

   Plaintiff BENIGNO BACOLORES
   Defendants FOUR SEASONS HOTELS LIMITED and its subsidiaries.

   DATED: November 6, 2007        KINGSLEY & KINGSLEY, APC

                                  By: _____
                                  **GREGORY E. GIVENS**
                                  **Attorney for Plaintiff**

NOTICE OF INTERESTED PARTIES

**(PROOF OF SERVICE BY MAIL - 1013a, 2015.5 C.C.P.)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county aforesaid, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 16133 Ventura Boulevard, Suite 1200, Encino, California 91436.

On **November 6, 2007**, I served the foregoing document described as **NOTICE OF INTERESTED PARTIES** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Arch Y. Stokes
SHEA STOKES, ALC
3593 Hemphill St.
College Park, GA 30337

Peter B. Maretz
SHEA STOKES, ALC
510 Market St., 3rd Floor
San Diego, CA 92101

Jose R. Garay
JOSE GARAY, APLC
2030 Main Street, Suite 1300
Irvine, CA 92614

THE CARTER LAW FIRM
Roger Carter
2030 Main Street, Suite 1300
Irvine, CA 92614

  **X   BY MAIL** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Encino, California, in the ordinary court of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

  **X   (Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
J. HALL