1  ARCH Y. STOKES, Georgia State Bar No. 683100
   astokes@sheastokes.com
2  SHEA STOKES, ALC
   3593 Hemphill Street
3  College Park, GA 30337
   TELEPHONE:    (404)766-0076
4  FACSIMILE:    (404)766-8823

5

   PETER B. MARETZ, California State Bar No. 144826
6  pmaretz@sheastokes.com
   SHEA STOKES, ALC
7  510 MARKET STREET, THIRD FLOOR
   SAN DIEGO, CALIFORNIA 92101-7025
8  TELEPHONE:    (619) 232-4261
   FACSIMILE:    (619) 232-4840
9

10 Attorneys for Four Seasons Hotels Limited, a Canadian company

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14 | BENIGNO BACOLORES, on behalf of         | CASE NO. C-07-05592 MHP
   | himself and all others similarly situated, |
15 |                                          | (San Francisco Superior Court Case No. CGC-
   |         Plaintiff,                       | 07-467485)
16 |                                          |
   | v.                                       | PROOF OF SERVICE
17 |                                          |
   | FOUR SEASONS HOTELS LIMITED, a          | Action Filed September 21, 2007
18 | Canadian company doing business in       |
   | California, and Does 1-100, inclusive,   |
19 |                                          |
   |         Defendant.                       |
20

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

S0077999.DOC

*Bacolores v. Four Seasons Hotels Limited*
United State District Court, Northern District of California
Case No. C-07-05592-MHP

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 510 Market, Third Floor, San Diego, California 92101.

On November 7, 2007, I served the following document(s) described as:

- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

- **ORDER SETTING CONFERENCE**

- **JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER (BLANK FORM)**

- **ADDENDUM I**

- **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

- **U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT**

- **NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

George R. Kingsley
Eric B. Kingsley
KINGSLEY & KINGSLEY, APC
16133 Ventura Boulevard, Suite 1200
Encino, CA 91436

Jose R. Garay
JOSE GARAY, APLC
2030 Main Street, Suite 1300
Irvine, CA 92614

Roger R. Carter
Bianca A. Sofonio
THE CARTER LAW FIRM
2030 Main Street, Suite 1300
Irvine, CA 92614

S0077999.DOC

-2-

1  ☐  BY MAIL: I am readily familiar with the firm's practice of collection and processing
2     correspondence for mailing. Under that practice it would be deposited with the U.S. postal
      service on that same day with postage thereon fully prepaid at San Diego, California in the
3     ordinary course of business pursuant to Federal Rule of Civil Procedure section 5(b). I am
      aware that on motion of the party served, service is presumed invalid if postal cancellation
4     date or postage meter date is more than one day after date of deposit for mailing in
      affidavit.
5
   ☐  BY FACSIMILE: I served said document(s) to be transmitted by facsimile pursuant to
6     Rule 2008 of the California Rules of Court. The telephone number of the sending
      facsimile machine was (619) 232-4840. The name(s) and facsimile machine telephone
7     number(s) of the person(s) served are set forth in the service list. The sending facsimile
      machine issued a transmission report confirming that the transmission was complete and
8     without error.

9  ☐  BY PERSONAL SERVICE: I hand-delivered said document(s) to the addressee(s)
      pursuant to Federal Rule of Civil Procedure section 5(b).
10
   ☒  BY OVERNIGHT DELIVERY  I caused said document(s) to be deposited in a box or
11    other facility regularly maintained by the express service carrier providing overnight
      delivery pursuant to Federal Rule of Civil Procedure section 5(b).
12
   ☐  BY ELECTRONIC SUBMISSION: Pursuant to Court order, I submitted said document(s)
13    electronically to Verilaw Technologies, Inc., to be posted to the website and notice given
      to all parties that document was served.
14
      Executed on November 7, 2007, at San Diego, California.
15
      I declare under penalty of perjury under the laws of the State of California that the
16 foregoing is true and correct.

17
                                                    /s/ Leanna Pierce
18                                                  Leanna Pierce

S0077999.DOC
-3-