1  ARCH Y. STOKES, Georgia State Bar No. 683100
   astokes@sheastokes.com
2  SHEA STOKES, ALC
   3593 Hemphill Street
3  College Park, GA 30337
   TELEPHONE:      (404) 766-0076
4  FACSIMILE:      (404) 766-8823

5  PETER B. MARETZ, California State Bar No. 144826
   pmaretz@sheastokes.com
6  SHEA STOKES, ALC
   510 MARKET STREET, THIRD FLOOR
7  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:      (619) 232-4261
8  FACSIMILE:      (619) 232-4840

9  Attorneys for Four Seasons Hotels Limited, a Canadian company

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  BENIGNO BACOLORES, on behalf of himself and all others similarly situated, | CASE NO. C-07-05592 MHP |
| 15 | (San Francisco Superior Court Case No. CGC-07-467485) |
| 16         Plaintiff, | |
| 17  v. | **DEFENDANT FOUR SEASONS HOTELS LIMITED'S ANSWER TO PLAINTIFF'S CLASS ACTION COMPLAINT, AND DEMAND FOR JURY TRIAL** |
| 18  FOUR SEASONS HOTELS LIMITED, a Canadian company doing business in California, and Does 1-100, inclusive, | |
| 19 | |
| 20         Defendant. | Class Action Fairness Act |
| 21 | Action Filed September 21, 2007 |

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

S007794

Pursuant to Rule 8(b) through (f) of the *Federal Rules of Civil Procedure*, Defendant Four Seasons Hotels Limited, by and through its attorneys of record, hereby answer the Class Action Complaint (hereinafter "Complaint") filed by Plaintiff Benigno Bacolores, and those others Plaintiff purports to represent, as follows:

1.    Defendant denies the allegations of Paragraph 1 of the Complaint.

2.    Defendant denies the allegations of Paragraph 2 of the Complaint.

3.    Defendant denies the allegations of Paragraph 3 of the Complaint.

4.    Defendant denies the allegations of Paragraph 4 of the Complaint.

5.    Defendant admits that Plaintiff purports to bring this action under the statutes cited in Paragraph 5 of the Complaint. Defendant denies any liability to Plaintiff and further denies the remaining allegations of Paragraph 5 of the Complaint.

6.    Defendant admits that Plaintiff purports to bring this action under the statutes cited in Paragraph 6 of the Complaint. Defendant denies any liability to Plaintiff and further denies the remaining allegations of Paragraph 6 of the Complaint.

7.    Defendant denies that it owns upscale hotels in Los Angeles County, San Diego County, San Francisco County, Santa Barbara County, and Santa Clara County, California, as alleged in Paragraph 7 of the Complaint. Defendant denies that Plaintiff worked for Defendant as a server during the dates listed in Paragraph 7 of the Complaint. Defendant admits the remaining allegations set forth in Paragraph 7 of the Complaint.

8.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 8 of the Complaint.

9.    Defendant denies that it is engaged in the ownership of a chain of upscale hotels located throughout California. Defendant further denies that it

1    committed the acts complained of in the Complaint in California and throughout Los

2    Angeles County. Defendant denies that Plaintiff and others similarly situated were

3    non-exempt employees under the California Wage and Hour Law. Defendant denies

4    that Defendant employed Plaintiff and similarly situated persons as alleged in

5    Paragraph 9 of the Complaint. Defendant admits the remaining allegations of

6    Paragraph 9 of the Complaint.

7        10.    Defendant lacks knowledge or information sufficient to form a belief as

8    to the truth of the allegations of Paragraph 10 of the Complaint.

9        11.    Defendant denies the allegations of Paragraph 11 of the Complaint.

10       12.    Defendant admits that it conducted business in various hotels in Los

11   Angeles and elsewhere in California. Defendant denies the remaining allegations of

12   Paragraph 12 of the Complaint.

13       13.    Defendant denies the allegations of Paragraph 13 of the Complaint.

14       14.    Defendant denies the allegations of Paragraph 14 of the Complaint.

15       15.    Defendant denies the allegations of Paragraph 15 of the Complaint.

16       16.    Defendant denies the allegations of Paragraph 16 of the Complaint.

17       17.    Defendant denies the allegations of Paragraph 17 of the Complaint.

18       18.    Defendant denies the allegations of Paragraph 18 of the Complaint.

19       19.    Defendant denies the allegations of Paragraph 19 of the Complaint.

20       20.    Defendant denies the allegations of Paragraph 20 of the Complaint.

21       21.    Defendant denies the allegations of Paragraph 21 of the Complaint.

22       22.    Defendant denies the allegations of Paragraph 22 of the Complaint.

23       23.    Defendant denies the allegations of Paragraph 23 of the Complaint.

24

25                    **CLASS ACTION ALLEGATIONS**

26       24.    Defendant admits that Plaintiff purports to represent a class of persons

27   as alleged in Paragraph 24 of the Complaint. Defendant denies that the purported

28   class meets the requirements of *Federal Rule of Civil Procedure* 23 or California

-3-        DEFENDANT FOUR SEASONS HOTELS
                                                    LIMITED'S ANSWER TO PLAINTIFF'S CLASS
                                                    ACTION COMPLAINT

1   *Code of Civil Procedure* section 382, and further denies the remaining allegations of

2   Paragraph 24 of the Complaint.

3       25.    Defendant admits that Plaintiff purports to represent a subclass of

4   persons as alleged in Paragraph 25 of the Complaint.  Defendant denies that the

5   purported subclass meets the requirements of *Federal Rule of Civil Procedure* 23 or

6   California *Code of Civil Procedure* section 382, and further denies the remaining

7   allegations of Paragraph 25 of the Complaint.

8       26.    Defendant admits that Plaintiff purports to represent a subclass of

9   persons as alleged in Paragraph 26 of the Complaint.  Defendant denies that the

10  purported subclass meets the requirements of *Federal Rule of Civil Procedure* 23 or

11  California *Code of Civil Procedure* section 382, and further denies the remaining

12  allegations of Paragraph 26 of the Complaint.

13      27.    Defendant admits that Plaintiff purports to represent a subclass of

14  persons as alleged in Paragraph 27 of the Complaint.  Defendant denies that the

15  purported subclass meets the requirements of *Federal Rule of Civil Procedure* 23 or

16  California *Code of Civil Procedure* section 382, and further denies the remaining

17  allegations of Paragraph 27 of the Complaint.

18      28.    Defendant lacks knowledge or information sufficient to form a belief as

19  to the truth of the allegations of Paragraph 28 of the Complaint.

20      29.    Paragraph 29 of the Complaint sets forth a legal conclusion to which no

21  answer is required and is accordingly denied.

22      30.    Paragraph 30 of the Complaint sets forth a legal conclusion to which no

23  answer is required and is accordingly denied.

24      31.    Paragraph 31 of the Complaint sets forth a legal conclusion that joinder

25  of all members of the proposed class is not practicable, to which no answer is

26  required and is accordingly denied.  Defendant lacks knowledge or information

27  sufficient to form a belief as to the truth of the remaining allegations of Paragraph

28  31 of the Complaint.

-4-    DEFENDANT FOUR SEASONS HOTELS
LIMITED'S ANSWER TO PLAINTIFF'S CLASS
ACTION COMPLAINT

1    32.    Paragraph 32 of the Complaint, and each of its subparagraphs, sets

2  forth legal conclusions to which no answer is required and is accordingly denied.

3    33.    Paragraph 33 of the Complaint sets forth a legal conclusion to which no

4  answer is required and is accordingly denied.

5    34.    Paragraph 34 of the Complaint sets forth a legal conclusion to which no

6  answer is required and is accordingly denied.

7    35.    Paragraph 35 of the Complaint sets forth a legal conclusion to which no

8  answer is required and is accordingly denied.

9    36.    Paragraph 36 of the Complaint sets forth a legal conclusion to which no

10  answer is required and is accordingly denied.

11

12                        **FIRST CAUSE OF ACTION**

13                         (Failure to Pay Wages)

14    38.    Defendant denies the allegations of Paragraph 38 of the Complaint.

15    39.    Defendant denies the allegations of Paragraph 39 of the Complaint.

16    40.    Defendant denies the allegations of Paragraph 40 of the Complaint.

17    41.    Defendant denies the allegations of Paragraph 41 of the Complaint.

18

19                       **SECOND CAUSE OF ACTION**

20      (Failure to Provide Rest Periods or Compensation in Lieu Thereof)

21    43.    Defendant denies the allegations of Paragraph 43 of the Complaint.

22    44.    Defendant denies the allegations of Paragraph 44 of the Complaint.

23

24                        **THIRD CAUSE OF ACTION**

25      (Failure to Provide Meal Periods or Compensation in Lieu Thereof)

26    46.    Defendant denies the allegations of Paragraph 46 of the Complaint.

27    47.    Defendant denies the allegations of Paragraph 47 of the Complaint.

28  / / /

S007794

DEFENDANT FOUR SEASONS HOTELS
LIMITED'S ANSWER TO PLAINTIFF'S CLASS
ACTION COMPLAINT

## FOURTH CAUSE OF ACTION

(Failure to Timely Pay Wages Due at Termination)

49.    Defendant denies the allegations of Paragraph 49 of the Complaint.

50.    Defendant denies the allegations of Paragraph 50 of the Complaint.

51.    Defendant denies the allegations of Paragraph 51 of the Complaint.

52.    Defendant denies the allegations of Paragraph 52 of the Complaint.

53.    Defendant denies the allegations of Paragraph 53 of the Complaint.

## FIFTH CAUSE OF ACTION

(Knowing and Intentional Failure to Comply With Itemized Employee Wage Statement Provisions)

55.    Defendant denies the allegations of Paragraph 55 of the Complaint.

56.    Defendant denies the allegations of Paragraph 56 of the Complaint.

57.    Defendant admits the allegations of Paragraph 57 of the Complaint

58.    Defendant denies the allegations of Paragraph 58 of the Complaint.

## SIXTH CAUSE OF ACTION

(Violation of Unfair Competition Law)

60.    Defendant denies the allegations of Paragraph 60 of the Complaint, including each of its subparagraphs.

61.    Defendant denies the allegations of Paragraph 61 of the Complaint.

62.    Defendant denies the allegations of Paragraph 62 of the Complaint.

63.    Defendant denies the allegations of Paragraph 63 of the Complaint.

64.    Defendant denies the allegations of Paragraph 64 of the Complaint.

65.    Defendant denies the allegations of Paragraph 65 of the Complaint.

66.    Defendant denies the allegations of Paragraph 66 of the Complaint.

66A.  Defendant denies that Plaintiff is entitled to any relief whatever, including that requested in the prayer for relief that follows Paragraph 66 of the

S007794

DEFENDANT FOUR SEASONS HOTELS
LIMITED'S ANSWER TO PLAINTIFF'S CLASS
ACTION COMPLAINT

1 | Complaint.

2

3

### FIRST AFFIRMATIVE DEFENSE

4      The Complaint, and each purported cause of action alleged therein, fails to

5 | state facts sufficient to constitute a cause of action.

6

7

### SECOND AFFIRMATIVE DEFENSE

8      Plaintiff's claims and the claims of the putative class are barred because

9 | during all relevant periods Plaintiff and the putative class members were employed

10 | in a capacity exempt from the statutory requirements imposed by California Wage

11 | and Hour Law.

12

13

### THIRD AFFIRMATIVE DEFENSE

14      Plaintiff's claims, or the claims he may seek to assert on behalf of others, are

15 | barred by the applicable statute of limitations including, but not limited to,

16 | California *Code of Civil Procedure* sections 337, 338, 339, 340, 343, and California

17 | *Business and Professions Code* section 17208.

18

19

### FOURTH AFFIRMATIVE DEFENSE

20      Any and all actions taken by Defendant concerning or affecting Plaintiff or

21 | the putative class were undertaken in good faith, on reasonable grounds, and were

22 | entirely justified, proper, and lawful.

23

24

### FIFTH AFFIRMATIVE DEFENSE

25      Defendant acted reasonably and in reliance upon written administrative

26 | regulations, orders, or rulings to assure full compliance with all applicable

27 | requirements of California state law relative to compensation paid to Plaintiff and

28 | members of the putative class.

DEFENDANT FOUR SEASONS HOTELS
LIMITED'S ANSWER TO PLAINTIFF'S CLASS
ACTION COMPLAINT

S007794

1

## SIXTH AFFIRMATIVE DEFENSE

2     Plaintiff's claims and the claims of the putative class are barred by the

3 doctrines of waiver, estoppel, laches, unclean hands, and release.

4

5

## SEVENTH AFFIRMATIVE DEFENSE

6     Plaintiff's injuries and the injuries of the putative class members, if any, were

7 not proximately caused by any unlawful policy, custom, practice, and/or procedure

8 promulgated and/or tolerated by Defendant.

9

10

## EIGHTH AFFIRMATIVE DEFENSE

11     Plaintiff and the members of the putative class consented to, encouraged, or

12 voluntarily participated in all actions taken, if any.

13

14

## NINTH AFFIRMATIVE DEFENSE

15     Plaintiff's failure and the failure of the putative class members to take meal

16 breaks and/or rest breaks was the result of their exercise of discretion and

17 independent judgment.

18

19

## TENTH AFFIRMATIVE DEFENSE

20     Defendant alleges that each purported cause of action in the complaint is

21 barred, or recovery should be reduced, pursuant to the doctrine of avoidable

22 consequences.

23

24

## ELEVENTH AFFIRMATIVE DEFENSE

25     Defendant alleges that the claims alleged by Plaintiff and the putative class

26 are barred because, without admitting that Defendant owed any duties or obligations

27 to Plaintiff or the members of the putative class, such duties or obligations have

28 been fully performed, satisfied or discharged.

-8-

DEFENDANT FOUR SEASONS HOTELS
LIMITED'S ANSWER TO PLAINTIFF'S CLASS
ACTION COMPLAINT

## TWELFTH AFFIRMATIVE DEFENSE

Defendant alleges that the Complaint fails to properly state a claim for penalties under California *Labor Code* section 203 because there is a bona fide, good faith dispute with respect to Defendant's obligation to pay any wages that may be found to be due.

## THIRTEENTH AFFIRMATIVE DEFENSE

Defendant alleges that the Complaint and each cause of action set forth therein cannot be maintained against Defendant because the principles of equity and fairness operate to bar the imposition of penalties under California *Labor Code* sections 203, 226, and 226.7.

## FOURTEENTH AFFIRMATIVE DEFENSE

Defendant alleges that there must be excluded from the calculation of any waiting time wages which may be found owed to Plaintiff or the putative class members (which Defendant denies) those aspects of the employees' compensation that are excluded from the regular rate of pay.

## FIFTEENTH AFFIRMATIVE DEFENSE

Defendant alleges that there must be an offset from the calculation of any wages which may be found owed to Plaintiff or the putative class members (which Defendant denies) based upon the value of the meals provided to Plaintiff and the putative class members by Defendant during regular working hours.

## SIXTEENTH AFFIRMATIVE DEFENSE

Any unlawful or wrongful acts of any person(s) employed by Defendant were outside the scope of his or her authority and such act(s), if any, were not authorized, ratified, or condoned by Defendant, nor did Defendant know or have reason to be

-9-

S007794

1 | aware of such alleged conduct.

2

3

### SEVENTEENTH AFFIRMATIVE DEFENSE

4 | Any loss or damages sustained by Plaintiff or the members of the putative

5 | class, if any, were caused by the acts or omissions of Plaintiff or persons other than

6 | Defendant.

7

8

### EIGHTEENTH AFFIRMATIVE DEFENSE

9 | Even if Plaintiff or the putative class members could establish a claim for

10 | damages, Plaintiff and the putative class members failed, refused, and/or neglected

11 | to mitigate such damages complained of in the Complaint, if any.

12

13

### NINETEENTH AFFIRMATIVE DEFENSE

14 | Plaintiff's claim and the claims of the members of the putative class fail

15 | because they, and each of them, have been fully compensated for any wages owed

16 | and have effected an accord and satisfaction of their claims.

17

18

### TWENTIETH AFFIRMATIVE DEFENSE

19 | Some or all of the members of the putative class have waived their right to

20 | relief pursuant to the doctrine of accord and satisfaction and are otherwise estopped

21 | from asserting such claims.

22

23

### TWENTY-FIRST AFFIRMATIVE DEFENSE

24 | The Complaint is barred because any recovery from Defendant would result

25 | in unjust enrichment.

26 | / / /

27 | / / /

28 | / / /

DEFENDANT FOUR SEASONS HOTELS
LIMITED'S ANSWER TO PLAINTIFF'S CLASS
ACTION COMPLAINT

1

## **TWENTY-SECOND AFFIRMATIVE DEFENSE**

2

Defendant is entitled to a set-off with respect to Plaintiff and the putative

3 class members for monies paid for any hours that Plaintiff or a member of the

4 putative class was not working.

5

6

## **TWENTY-THIRD AFFIRMATIVE DEFENSE**

7

Defendant is entitled to a set-off with respect to Plaintiff and members of the

8 putative class for net overpayments made to Plaintiff or members of the putative

9 class due to rounding of time records.

10

11

## **TWENTY-FOURTH AFFIRMATIVE DEFENSE**

12

Defendant had neither actual nor constructive knowledge that Plaintiff or the

13 putative class members were suffered or permitted to work during hours for which

14 they allegedly did not receive overtime compensation.

15

16

## **TWENTY-FIFTH AFFIRMATIVE DEFENSE**

17

Defendant was not Plaintiff's or the putative class members' employer as

18 defined under either Federal or California law; therefore, no judgment can be levied

19 against Defendant for the claims asserted in the Complaint.

20

21

## **TWENTY-SIXTH AFFIRMATIVE DEFENSE**

22

Plaintiff and the members of the putative class have failed to exhaust the

23 requisite administrative, statutory, and/or contractual remedies available to them

24 prior to commencing this action, including submitting their claims to mandatory

25 arbitration as provided in Plaintiff's and the putative class members' employment

26 contracts.

27 / / /

28 / / /

-11-

DEFENDANT FOUR SEASONS HOTELS
LIMITED'S ANSWER TO PLAINTIFF'S CLASS
ACTION COMPLAINT

1

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

2      Defendant alleges that its business actions or practices were not unfair,

3  unlawful, fraudulent or deceptive within the meaning of California *Business and*

4  *Professions Code* section 17200, *et seq.*

5

6

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

7      Defendant alleges that Plaintiff and the putative class members are barred

8  from obtaining relief pursuant to their causes of action for violation of California

9  *Business and Professions Code* section 17200, *et seq.* because California law does

10  not permit representative actions where liability can only be determined through

11  fact-intensive individualized assessments of alleged wage and hour violations.

12

13

## TWENTY-NINTH AFFIRMATIVE DEFENSE

14      Defendant alleges that Plaintiff and the putative class members are barred

15  from obtaining relief pursuant to their causes of action for violation of California

16  *Business and Professions Code* section 17200, *et seq.* to the extent Plaintiff cannot

17  act as a private attorney general.

18

19

## THIRTIETH AFFIRMATIVE DEFENSE

20      Defendant alleges that this suit may not properly be maintained as a class

21  action because:  (1) Plaintiff has failed to plead, and cannot establish the necessary

22  procedural elements for, class treatment; (2) a class action is not an appropriate

23  method for the fair and efficient adjudication of the claims described in the

24  Complaint; (3) individual issues predominate over any common issues of law or

25  fact; (4) Plaintiff's claims are not representative or typical of the claims of the

26  putative class; (5) Plaintiff is not a proper class representative; (6) the named

27  plaintiff and alleged putative class counsel are not adequate representatives for the

28  alleged putative class; (7) Plaintiff cannot satisfy any of the requirements for class

DEFENDANT FOUR SEASONS HOTELS
LIMITED'S ANSWER TO PLAINTIFF'S CLASS
ACTION COMPLAINT

S007794

1 | action treatment, and class action treatment is neither appropriate nor constitutional;

2 | (8) there is not a well-defined community of interest in the questions of law or fact

3 | affecting Plaintiff and the members of the alleged putative class; and (9) the alleged

4 | putative class is not ascertainable, nor are its members identifiable.

### THIRTY-FIRST AFFIRMATIVE DEFENSE

Defendant opposes class certification and disputes the propriety of class treatment. If the Court certified a class in this case over Defendant's objections, then Defendant asserts the affirmative defenses set forth herein against each and every member of the certified class.

### THIRTY-SECOND AFFIRMATIVE DEFENSE

Defendant alleges that the adjudication of the claims of the putative class through generalized class-wide proof violates Defendant's rights to a trial by jury guaranteed by the United States and California Constitutions.

### THIRTY-THIRD AFFIRMATIVE DEFENSE

Defendant alleges that the Complaint fails to properly state facts sufficient to entitle Plaintiff or the putative class members to any relief including, but not limited to, its failure to properly state facts sufficient to identify any actual or threatened harm to them beyond pure speculation, its failure to allege facts showing that Plaintiff and the putative class members have no adequate remedy at law, and its proposal of relief that would impose an undue burden on both Defendant and the Court and be so uncertain as to be wholly unenforceable.

### THIRTY-FOURTH AFFIRMATIVE DEFENSE

Defendant alleges that the Complaint, and each cause of action in the Complaint, or some of them, are barred because the Wage Orders of the Industrial

DEFENDANT FOUR SEASONS HOTELS
LIMITED'S ANSWER TO PLAINTIFF'S CLASS
ACTION COMPLAINT

1  Welfare Commission are unconstitutionally vague and ambiguous and violate

2  Defendant's rights under the United States and California Constitutions to, among

3  other things, due process of law.

4

5  ### THIRTY-FIFTH AFFIRMATIVE DEFENSE

6  Defendant alleges that the prayer for restitution and injunctive relief is barred

7  with respect to any and all alleged violations of California *Business and Professions*

8  *Code* section 17200, *et seq.* that have discontinued, ceased, and are not likely to

9  recur.

10

11  ### THIRTY-SIXTH AFFIRMATIVE DEFENSE

12  The Complaint fails to state a claim for attorneys' fees under *Labor Code*

13  sections 218.5 and 1194, or any other basis.

14

15  ### THIRTY-SEVENTH AFFIRMATIVE DEFENSE

16  Defendant alleges that the Complaint fails to properly state a claim for

17  injunctive relief.

18

19  ### THIRTY-EIGHTH AFFIRMATIVE DEFENSE

20  Defendant alleges that to the extent Plaintiff and the putative class members

21  recover penalties in this action, they cannot recover punitive damages.

22

23  ### THIRTY-NINTH AFFIRMATIVE DEFENSE

24  Defendant alleges that Plaintiff and the putative class members are not

25  entitled to equitable relief insofar as they have adequate remedies at law.

26  / / /

27  / / /

28  / / /

S007794

-14-

1

## FORTIETH AFFIRMATIVE DEFENSE

Defendant alleges that the Complaint fails to properly state a claim upon which prejudgment interest may be awarded, as the damages claimed are not sufficiently certain to allow an award of prejudgment interest.

## FORTY-FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to allege special damages with requisite specificity.

## FORTY-SECOND AFFIRMATIVE DEFENSE

To the extent some or all of the Plaintiffs are asserting claims that are duplicative of claims they have brought in other civil actions, those claims are barred.

## FORTY-THIRD AFFIRMATIVE DEFENSE

Defendant is entitled to all credits and offsets from any liability found to be owed to Plaintiff or putative class members allowed under California or Federal law.

## FORTY-FOURTH AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff and the putative class members lack standing to bring their claims as to all or a portion of the claims alleged in the Complaint.

## FORTY-FIFTH AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff and the putative class members, insofar as they are not current employees of Defendant, lack standing to bring a claim for injunctive relief of any kind.

/ / /

/ / /

/ / /

DEFENDANT FOUR SEASONS HOTELS
LIMITED'S ANSWER TO PLAINTIFF'S CLASS
ACTION COMPLAINT

S007794

## FORTY-SIXTH AFFIRMATIVE DEFENSE

Defendant alleges that venue for this action is proper in the United States District Court, Central District of California and for the convenience of the parties and witnesses, and in the interest of justice, venue of this action should be transferred to the Central District of California pursuant to 28 U.S.C. § 1404(a).

## FORTY-SEVENTH AFFIRMATIVE DEFENSE

Defendant presently has insufficient knowledge or information on which to form a belief as to whether it may have additional, yet unstated, affirmative defenses. Defendant reserves the right to assert additional affirmative defenses in the event discovery or further investigation indicates that asserting additional affirmative defenses would be warranted.

WHEREFORE, Defendant prays for judgment from this Court as follows:

1.    Plaintiff's Complaint be dismissed with prejudice and judgment entered in Defendant's favor;

2.    Defendant recover its costs and expenses of litigation, including its attorneys' fees from Plaintiff;

3.    Defendant have such other and further relief as may be just and proper.

DATED: November 8, 2007          SHEA STOKES, ALC

By: _____
    Arch Y Stokes
    Peter B. Maretz
    Attorneys for Four Seasons Hotels
    Limited, a Canadian company

/ / /

/ / /

S007794

-16-          DEFENDANT FOUR SEASONS HOTELS
LIMITED'S ANSWER TO PLAINTIFF'S CLASS
ACTION COMPLAINT

1

## **DEMAND FOR JURY TRIAL**

2          Defendant hereby demands trial of Plaintiff's claims by jury to the extent

3  authorized by law.

4

5  DATED: November 8, 2007          SHEA STOKES, ALC

6

7                                   By: _____

8                                        Arch Y Stokes
                                         Peter B. Maretz
9                                        Attorneys for Four Seasons Hotels
                                         Limited, a Canadian company
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-17-                    DEFENDANT FOUR SEASONS HOTELS
                        LIMITED'S ANSWER TO PLAINTIFF'S CLASS
                        ACTION COMPLAINT

S007794