1  ARCH Y. STOKES, Georgia State Bar No. 683100
   astokes@sheastokes.com
2  SHEA STOKES, ALC
   3593 Hemphill Street
3  College Park, GA 30337
   TELEPHONE:    (404)766-0076
4  FACSIMILE:    (404)766-8823

5

   PETER B. MARETZ, California State Bar No. 144826
6  pmaretz@sheastokes.com
   SHEA STOKES, ALC
7  510 MARKET STREET, THIRD FLOOR
   SAN DIEGO, CALIFORNIA 92101-7025
8  TELEPHONE:    (619) 232-4261
   FACSIMILE:    (619) 232-4840
9

10 Attorneys for Four Seasons Hotels Limited, a Canadian company

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  BENIGNO BACOLORES, on behalf of himself and all others similarly situated, | CASE NO. C-07-05592 MHP |
| 15  Plaintiff, | (San Francisco Superior Court Case No. CGC-07-467485) |
| 16  v. | PROOF OF SERVICE |
| 17  FOUR SEASONS HOTELS LIMITED, a Canadian company doing business in California, and Does 1-100, inclusive, | Action Filed September 21, 2007 |
| 18  | |
| 19  Defendant. | |
| 20 | |

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

S0077999.DOC

PROOF OF PERSONAL SERVICE

1 | *Bacolores v. Four Seasons Hotels Limited*
United State District Court, Northern District of California
2 | Case No. C-07-05592-MHP

3 | **PROOF OF SERVICE**

4 | STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

5 |      I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action. My business address is
6 | 510 Market, Third Floor, San Diego, California 92101.

7 |      On November 8, 2007, I served the following document(s) described as:

8 | • **DEFENDANT FOUR SEASONS HOTELS LIMITED'S ANSWER TO PLAINTIFF'S CLASS ACTION COMPLAINT,**
9 |

10 | on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:
11 |

12 | George R. Kingsley
Eric B. Kingsley
KINGSLEY & KINGSLEY, APC
13 | 16133 Ventura Boulevard, Suite 1200
Encino, CA 91436
14 |

15 | Jose R. Garay
JOSE GARAY, APLC
2030 Main Street, Suite 1300
16 | Irvine, CA 92614

17 | ☐ BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be
18 | deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business
19 | pursuant to Federal Rule of Civil Procedure section 5(b). I am aware that on motion of the party served, service is presumed invalid if postal cancellation
20 | date or postage meter date is more than one day after date of deposit for mailing in affidavit.
21 |

22 | ☐ BY FACSIMILE: I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (619) 232-4840. The name(s)
23 | and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine issued a transmission
24 | report confirming that the transmission was complete and without error.

25 | ☐ BY PERSONAL SERVICE: I hand-delivered said document(s) to the addressee(s) pursuant to Federal Rule of Civil Procedure section 5(b).
26 |

27 | ☐ BY OVERNIGHT DELIVERY I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Federal Rule of Civil Procedure
28 | section 5(b).

S0077999.DOC

-2-

PROOF OF PERSONAL SERVICE

1  ☒    BY ELECTRONIC SUBMISSION: Pursuant to Court order, I submitted said document(s) electronically to Verilaw Technologies, Inc., to be posted to the website and notice given to all parties that document was served.

2

3    Executed on November 8, 2007, at San Diego, California.

4    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

5

6    _____
    Luci V. DeMaria-Rudy

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

S0077999.DOC

-3-

PROOF OF PERSONAL SERVICE