1  ARCH Y. STOKES, Georgia State Bar No. 683100
   astokes@sheastokes.com
2  SHEA STOKES, ALC
   3593 Hemphill Street
3  College Park, GA 30337
   TELEPHONE:    (404)766-0076
4  FACSIMILE:    (404)766-8823

5  PETER B. MARETZ, California State Bar No. 144826
   pmaretz@sheastokes.com
6  SHEA STOKES, ALC
   510 MARKET STREET, THIRD FLOOR
7  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:    (619) 232-4261
8  FACSIMILE:    (619) 232-4840

9  Attorneys for Four Seasons Hotels Limited, a Canadian company

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13  | BENIGNO BACOLORES, on behalf of himself and all others similarly situated, | CASE NO. C-07-05592 MHP |
14  | Plaintiff, | (San Francisco Superior Court Case No. CGC-07-467485) |
15  | v. | PROOF OF SERVICE |
16  | FOUR SEASONS HOTELS LIMITED, a Canadian company doing business in California, and Does 1-100, inclusive, | Action Filed September 21, 2007 |
17  
18  | Defendant. |

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

S0077999.DOC

PROOF OF PERSONAL SERVICE

1  *Bacolores v. Four Seasons Hotels Limited*
   United State District Court, Northern District of California
2  Case No. C-07-05592-MHP

3                          **PROOF OF SERVICE**

4  STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

5       I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action. My business address is
6  510 Market, Third Floor, San Diego, California 92101.

7       On November 8, 2007, I served the following document(s) described as:

8  • **DEFENDANT FOUR SEASONS HOTELS LIMITED'S ANSWER TO PLAINTIFF'S CLASS ACTION COMPLAINT,**
9

10 on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:
11

   Roger R. Carter
12 Bianca A. Sofonio
   THE CARTER LAW FIRM
13 2030 Main Street, Suite 1300
   Irvine, CA 92614
14

15 ☒  BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be
16     deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business
17     pursuant to Federal Rule of Civil Procedure section 5(b). I am aware that on motion of the party served, service is presumed invalid if postal cancellation
18     date or postage meter date is more than one day after date of deposit for mailing in affidavit.
19
   ☐  BY FACSIMILE: I served said document(s) to be transmitted by facsimile
20     pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (619) 232-4840. The name(s)
21     and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine issued a transmission
22     report confirming that the transmission was complete and without error.

23 ☐  BY PERSONAL SERVICE: I hand-delivered said document(s) to the addressee(s) pursuant to Federal Rule of Civil Procedure section 5(b).
24
   ☐  BY OVERNIGHT DELIVERY I caused said document(s) to be deposited in
25     a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Federal Rule of Civil Procedure
26     section 5(b).

27 ☐  BY ELECTRONIC SUBMISSION: Pursuant to Court order, I submitted said document(s) electronically to Verilaw Technologies, Inc., to be posted to the
28     website and notice given to all parties that document was served.

1   Executed on November 8 , 2007, at San Diego, California.

2   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

3

4   _____
    Luci V. DeMaria-Rudy

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

S0077999.DOC

-3-

PROOF OF PERSONAL SERVICE