ARCH Y. STOKES, Georgia State Bar No. 683100
astokes@sheastokes.com
SHEA STOKES, ALC
3593 Hemphill Street
College Park, GA 30337
TELEPHONE:    (404)766-0076
FACSIMILE:    (404)766-8823

PETER B. MARETZ, California State Bar No. 144826
pmaretz@sheastokes.com
VICTORIA G. PURUGANAN, California State Bar No. 239257
vpuruganan@sheastokes.com
SHEA STOKES, ALC
510 MARKET STREET, THIRD FLOOR
SAN DIEGO, CALIFORNIA 92101-7025
TELEPHONE:    (619) 232-4261
FACSIMILE:    (619) 232-4840

Attorneys for Four Seasons Hotels Limited, a Canadian company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENIGNO BACOLORES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOUR SEASONS HOTELS LIMITED, a Canadian company doing business in California, and Does 1-100, inclusive,<br><br>Defendant. | CASE NO. C-07-05592 MHP<br><br>(San Francisco Superior Court Case No. CGC-07-467485)<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANT FOUR SEASONS HOTELS LIMITED TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA**<br>**[28 U.S.C.§1404(a)]**<br><br>**ACCOMPANYING PLEADINGS; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF PETER B. MARETZ AND SAMANTHA WALDER**<br><br>Date:    January 7, 2008<br>Time:    2:00 p.m.<br>Courtroom:    15<br>Judge:    Marilyn Hall Patel<br><br>Class Action Fairness Act<br><br>Action Filed September 21, 2007 |

/ / /

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on January 7, 2008, at 2:00 p.m., in Courtroom 15 of the above-entitled court, located at 450 Golden Gate Avenue, 18th Floor, San Francisco, CA 94102, Defendant FOUR SEASONS HOTELS LIMITED ("FOUR SEASONS") will move this Court for an order to transfer venue to the Central District of California pursuant to 28 *U.S.C.* section 1404(a).

The motion is based on this notice of motion, the memorandum of points and authorities, the declaration of Peter B. Maretz, the declaration of Samantha Walder, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing.

DATED: November 9, 2007         SHEA STOKES, ALC

By: /s/ Peter B. Maretz
Arch Y Stokes
Peter B. Maretz
Victoria G. Puruganan
Attorneys for Four Seasons Hotels Limited, a Canadian company