1  ARCH Y. STOKES, Georgia State Bar No. 683100
   astokes@sheastokes.com
2  SHEA STOKES, ALC
   3593 Hemphill Street
3  College Park, GA 30337
   TELEPHONE:        (404)766-0076
4  FACSIMILE:        (404)766-8823

5

   PETER B. MARETZ, California State Bar No. 144826
6  pmaretz@sheastokes.com
   VICTORIA G. PURUGANAN, California State Bar No. 239257
7  vpuruganan@sheastokes.com
   SHEA STOKES, ALC
8  510 MARKET STREET, THIRD FLOOR
   SAN DIEGO, CALIFORNIA 92101-7025
9  TELEPHONE:        (619) 232-4261
   FACSIMILE:        (619) 232-4840
10
   Attorneys for Four Seasons Hotels Limited, a Canadian company
11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENIGNO BACOLORES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOUR SEASONS HOTELS LIMITED, a Canadian company doing business in California, and Does 1-100, inclusive,<br><br>Defendant. | CASE NO. C-07-05592 MHP<br><br>(San Francisco Superior Court Case No. CGC-07-467485)<br><br>**DECLARATION OF PETER B. MARETZ IN SUPPORT OF DEFENDANT FOUR SEASONS HOTELS LIMITED'S MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA**<br>**[28 U.S.C.§1404(a)]**<br><br>**ACCOMPANYING PLEADINGS: NOTICE OF MOTION; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF SAMANTHA WALDER**<br><br>Date:         January 7, 2008<br>Time:        2:00 p.m.<br>Courtroom:  15<br>Judge:       Marilyn Hall Patel<br><br>Class Action Fairness Act<br><br>Action Filed September 21, 2007 |

28  / / /

S007803

C-07-05592 MHP
Declaration of Peter B. Maretz in Support of Motion
to Transfer Venue

I, PETER B. MARETZ, declare:

1. I am an attorney licensed to practice law before all courts in the State of California and the United States District Court, Northern District of California, and am an attorney with the law firm of Shea Stokes, ALC, attorneys of record herein for Defendant FOUR SEASONS HOTELS LIMITED. I have personal knowledge of the facts set forth in this Declaration and can competently testify thereto. I make this declaration in support of Defendant Four Seasons Limited's Motion to Transfer Venue to the Central District of California

2. Plaintiff commenced this lawsuit on September 21, 2007, in the Superior Court of California, County of San Francisco. Pled as a class action, the lawsuit alleges Plaintiff and the putative class members, consisting of Four Seasons employees, missed meal and rest breaks, and were forced to work "off the clock." The complaint seeks recovery of unpaid wages and penalties.

3. On November 2, 2007, Four Seasons successfully removed the action to this Court. Subject matter jurisdiction is founded on diversity of citizenship under both 28 U.S.C. section 1332(a) and 28 U.S.C. section 1332(d) (the Class Action Fairness Act).

4. Four Seasons is a Toronto, Ontario based management company involved in the management of high-end luxury hotels, including the Four Seasons Los Angeles at Beverly Hills ("the Hotel").

5. Samantha Walder is expected to testify regarding the policies and procedures at the Hotel regarding meal and rest breaks, and working off the clock. Specifically, Ms. Walder is expected to testify that meal and rest breaks were provided to employees as a matter of practice and policy. Moreover, Ms. Walder will testify regarding the strict prohibition at the Hotel against working off the clock.

6. Elena Pikor is expected to testify regarding the administration and maintenance of employee time and payroll records.

7. Ashley James was Mr. Bacolores's Division Head and is expected to testify regarding the practices and procedures within that Division for meal and rest breaks, and working off the clock.

8. It is anticipated that several of Mr. Bacolores's immediate supervisors, including current and former Sous Chefs at the Hotel will testify regarding the practices and procedures within that department with respect to employees being provided meal and rest breaks, and employees being prohibited from working off the clock.

9. Insofar as this case is not limited to kitchen employees, it is anticipated that numerous managers, supervisors and line employees, current and former, and from departments throughout the Hotel will testify on these same issues.

10. As for convenience to the Defendant, the majority of its witnesses will be from the Hotel in Los Angles.

11. Because the Plaintiff and the putative class members are alleging failure to pay wages, provide meal periods and rest periods, and failure to provide wage statements, the documents relevant to this complaint would include the Hotel employment agreements, wage statements, employment records, earning statements, timekeeping records, payroll records, and the like.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 9th day of November 2007, at San Diego, California.

/s/ Peter B. Maretz
Peter B. Maretz