1  ARCH Y. STOKES, Georgia State Bar No. 683100
   astokes@sheastokes.com
2  SHEA STOKES, ALC
   3593 Hemphill Street
3  College Park, GA 30337
   TELEPHONE:    (404)766-0076
4  FACSIMILE:    (404)766-8823

5  PETER B. MARETZ, California State Bar No. 144826
   pmaretz@sheastokes.com
6  VICTORIA G. PURUGANAN, California State Bar No. 239257
   vpuruganan@sheastokes.com
7  SHEA STOKES, ALC
   510 MARKET STREET, THIRD FLOOR
8  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:    (619) 232-4261
9  FACSIMILE:    (619) 232-4840

10 Attorneys for Four Seasons Hotels Limited, a Canadian company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENIGNO BACOLORES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOUR SEASONS HOTELS LIMITED, a Canadian company doing business in California, and Does 1-100, inclusive,<br><br>Defendant. | CASE NO. C-07-05592 MHP<br><br>(San Francisco Superior Court Case No. CGC-07-467485)<br><br>**DECLARATION OF SAMANTHA WALDER IN SUPPORT OF DEFENDANT FOUR SEASONS HOTELS LIMITED'S MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA**<br>[28 U.S.C.§1404(a)]<br><br>**ACCOMPANYING PLEADINGS: NOTICE OF MOTION; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF PETER B. MARETZ**<br><br>Date:        January 7, 2008<br>Time:        2:00 p.m.<br>Courtroom:   15<br>Judge:       Marilyn Hall Patel<br><br>Class Action Fairness Act<br><br>Action Filed September 21, 2007 |

27  ///

28  ///

C-07-05592 MHP
Declaration of Samantha Walder in Support of

I, SAMANTHA WALDER, declare:

1. I am the Director of Human Resources of the Four Seasons Hotel Los Angeles at Beverly Hills (hereafter "the Hotel") and I am employed by FS Hotels (L.A.) Inc. ("FS Hotels"). The following is stated of my own knowledge or on my review of the records of FS Hotels, which records I regularly rely upon and are kept in the ordinary course of business. If called upon and sworn to testify, I could and would competently testify thereto. I make this declaration in support of Defendant Four Seasons Limited's Motion to Transfer Venue to the Central District of California

2. Benigno Bacolores was hired at the Hotel on April 3, 1987, and worked there until he voluntarily terminated on June 22, 2007. Bacolores was never an employee of For Seasons. Rather, Bacolores was employed exclusively by FS Hotels (L.A.) Inc., a California corporation ("FS Hotels").

3. Mr. Bacolores worked the entire time in various capacities in the kitchen. Based on the information provided to FS Hotels by Mr. Bacolores, I am informed and believe that throughout his tenure with FS Hotels, Mr. Bacolores lived in or around the Los Angeles area.

4. At all times pertinent to this litigation, FS Hotels has been the employer of all of the employees working at the Hotel. Moreover, FS Hotels does not employ anyone other than those people working at the Hotel.

5. As the Director of Human Resources at the Hotel, I live and work in Los Angeles County.

6. Elena Pikor is the Director of Finance at the Hotel. Ms. Pikor is employed by FS Hotels and lives and works in Los Angeles County.

7. Ashley James is the Executive Chef at the Hotel. Chef James is employed by FS Hotels and lives and works in Los Angeles County.

8. All of the current managers, supervisors, and line employees at the Hotel are employed by FS Hotels. They all work in Los Angeles County and virtually all of them live in Los Angeles County.

9. It would be a tremendous expense, and a gross disruption to the business of the Hotel to pull managers, supervisors, and line employees away from their jobs and their families to travel to San Francisco to testify in this matter.

10. All of the records for employees of the FS Hotels are maintained at the Hotel in Los Angeles.

11. Older records are kept at off-site storage, but this would be in Los Angeles as well.

12. I am aware of no significant population of documents pertinent to these claims located within the boundaries of the Northern District of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 9th day of November 2007, at Beverly Hills, California.

_____
Samantha Walder

-3-

C-07-05592 MHP
Declaration of Samantha Walder in Support of
Motion to Transfer Venue