| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| BENIGNO BACOLORES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOUR SEASONS HOTELS LIMITED, a Canadian company doing business in California, and Does 1-100, inclusive,<br><br>Defendant. | CASE NO. C-07-05592 MHP<br><br>(San Francisco Superior Court Case No. CGC-07-467485)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT FOUR SEASONS HOTELS LIMITED'S MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA<br><br>Date:        January 7, 2008<br>Time:       2:00 p.m.<br>Courtroom: 15<br>Judge:      Marilyn Hall Patel<br><br>Class Action Fairness Act<br><br>Action Filed September 21, 2007 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Defendant Four Seasons Hotels Limited's motion to transfer venue to the
2  Central District of California came on regularly for hearing before the above-
3  entitled court on January 7, 2007.  Attorneys Arch Y Stokes and Peter B. Maretz
4  appeared on behalf of Defendant Four Seasons Hotels Limited.  Attorney Eric
5  Kingsley appeared on behalf of Plaintiff Benigno Bacolores.

7  The Court has read the moving, opposition, and reply papers and has heard
8  oral argument by counsel.  Based thereupon, the Court hereby orders as follows:

10  Defendant Four Seasons Hotels Limited Motion to Transfer Venue is hereby
11  granted.  Venue of this matter shall be and hereby transferred in its entirety to the
12  Central District of California.

15  Dated: _____    By: _____
16                                                                Honorable Marilyn Hall Patel,
17                                                                United States District Judge

S007805

-1-    C-07-05592 MHP
[Proposed] Order Granting Motion to Transfer Venue