ARCH Y. STOKES, Georgia State Bar No. 683100
astokes@sheastokes.com
SHEA STOKES, ALC
3593 Hemphill Street
College Park, GA 30337
TELEPHONE:    (404)766-0076
FACSIMILE:    (404)766-8823

PETER B. MARETZ, California State Bar No. 144826
pmaretz@sheastokes.com
SHEA STOKES, ALC
510 MARKET STREET, THIRD FLOOR
SAN DIEGO, CALIFORNIA 92101-7025
TELEPHONE:    (619) 232-4261
FACSIMILE:    (619) 232-4840

Attorneys for Four Seasons Hotels Limited, a Canadian company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENIGNO BACOLORES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOUR SEASONS HOTELS LIMITED, a Canadian company doing business in California, and Does 1-100, inclusive,<br><br>Defendant. | CASE NO. C-07-05592 MHP<br><br>(San Francisco Superior Court Case No. CGC-07-467485)<br><br>PROOF OF SERVICE<br><br>Action Filed September 21, 2007 |

///
///
///
///
///
///
///
///

S0077999.DOC

*Bacolores v. Four Seasons Hotels Limited*
United State District Court, Northern District of California
Case No. C-07-05592-MHP

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 510 Market, Third Floor, San Diego, California 92101.

On November 9, 2007, I served the following document(s) described as:

- **NOTICE OF MOTION AND MOTION BY DEFENDANT FOUR SEASONS HOTELS LIMITED TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA**

- **DEFENDANT FOUR SEASONS HOTELS LIMITED'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA**

- **DECLARATION OF PETER B. MARETZ IN SUPPORT OF DEFENDANT FOUR SEASONS HOTELS LIMITED'S MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA**

- **DECLARATION OF SAMANTHA WALDER IN SUPPORT OF DEFENDANT FOUR SEASONS HOTELS LIMITED'S MOTION TO TRANSFER VENUE OT THE CENTRAL DISTRICT OF CALIFORNIA**

- **[PROPOSED] ORDER GRANTING DEFENDANT FOUR SEASONS HOTELS LIMITED'S MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

George R. Kingsley
KINGSLEY & KINGSLEY, APC
16133 Ventura Boulevard, Suite 1200
Encino, CA 91436

Roger R. Carter
Bianca A. Sofonio
THE CARTER LAW FIRM
2030 Main Street, Suite 1300
Irvine, CA 92614

☒ BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business pursuant to Federal Rule of Civil Procedure section 5(b). I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

S0077999.DOC

-2-

1  ☐  BY FACSIMILE: I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (619) 232-4840. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine issued a transmission report confirming that the transmission was complete and without error.

☐  BY PERSONAL SERVICE: I hand-delivered said document(s) to the addressee(s) pursuant to Federal Rule of Civil Procedure section 5(b).

☐  BY OVERNIGHT DELIVERY I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Federal Rule of Civil Procedure section 5(b).

☐  BY ELECTRONIC SUBMISSION: Pursuant to Court order, I submitted said document(s) electronically to Verilaw Technologies, Inc., to be posted to the website and notice given to all parties that document was served.

Executed on November 9, 2007, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Leanna Pierce* (signature)
Leanna Pierce

S0077999.DOC
-3-
PROOF OF PERSONAL SERVICE