ARCH Y. STOKES, Georgia State Bar No. 683100
astokes@sheastokes.com
SHEA STOKES, ALC
3593 Hemphill Street
College Park, GA 30337
TELEPHONE:      (404)766-0076
FACSIMILE:      (404)766-8823

PETER B. MARETZ, California State Bar No. 144826
pmaretz@sheastokes.com
VICTORIA G. PURUGANAN, California State Bar No. 239257
vpuruganan@sheastokes.com
SHEA STOKES, ALC
510 MARKET STREET, THIRD FLOOR
SAN DIEGO, CALIFORNIA 92101-7025
TELEPHONE:      (619) 232-4261
FACSIMILE:      (619) 232-4840

Attorneys for Four Seasons Hotels Limited, a Canadian company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENIGNO BACOLORES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOUR SEASONS HOTELS LIMITED, a Canadian company doing business in California, and Does 1-100, inclusive,<br><br>Defendant. | CASE NO. C-07-05592 MHP<br><br>(San Francisco Superior Court Case No. CGC-07-467485)<br><br>**NOTICE OF ACCEPTANCE OF FEDERAL RULES OF CIVIL PROCEDURE RULE 68 OFFER OF JUDGMENT**<br><br>Class Action Fairness Act<br><br>Action Filed September 21, 2007 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD, PLEASE TAKE |
| 2 | NOTICE that Plaintiff Benigno Bacolores ("Plaintiff") accepted Four Seasons Hotels Limited's |
| 3 | Federal Rules of Civil Procedure Rule 68 offer of judgment in the above-captioned action. <u>See</u> |
| 4 | Exhibit A (Four Seasons Hotels Limited's Rule 68 offer of judgment) and Exhibit B (Plaintiff's |
| 5 | acceptance thereof). |

DATED: December 11, 2007                SHEA STOKES

By: _____
Arch Y Stokes
Peter B. Maretz
Victoria G. Puruganan
Attorneys for Four Seasons Hotels Limited, a
Canadian company

# EXHIBIT A

ARCH Y. STOKES, Georgia State Bar No. 683100
astokes@sheastokes.com
SHEA STOKES, ALC
3593 Hemphill Street
College Park, GA 30337
TELEPHONE:  (404)766-0076
FACSIMILE:  (404)766-8823

PETER B. MARETZ, California State Bar No. 144826
pmaretz@sheastokes.com
SHEA STOKES, ALC
510 MARKET STREET, THIRD FLOOR
SAN DIEGO, CALIFORNIA 92101-7025
TELEPHONE:  (619) 232-4261
FACSIMILE:  (619) 232-4840

Attorneys for Four Seasons Hotels Limited, a Canadian company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENIGNO BACOLORES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOUR SEASONS HOTELS LIMITED, a Canadian company doing business in California, and Does 1-100, inclusive,<br><br>Defendant. | CASE NO.<br><br>(San Francisco Superior Court Case No. CGC-07-467485)<br><br>**OFFER OF JUDGMENT (FRCP 68)**<br><br>Action Filed September 21, 2007 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1     Defendant FOUR SEASONS HOTELS LIMITED hereby offers to allow entry of
2 judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: Judgment in
3 favor of plaintiff BENIGNO BACOLORES against defendant FOUR SEASONS HOTELS
4 LIMITED in the sum of forty thousand dollars ($40,000.00), which sum shall include all damages,
5 wages, penalties, interest, costs and attorney fees otherwise recoverable in this action. This
6 amount is intended to be in total settlement of this action with no admission of liability and said
7 judgment herein to have no effect whatsoever except in settlement of this case. Plaintiff shall not
8 recover any attorneys' fees or costs separate from this offer. As set forth in Rule 68, this offer
9 shall only be valid for ten (10) days from the date of service hereof.

11 DATED: November 7, 2007     SHEA STOKES, ALC

13     By: _____
14     Arch Y Stokes
    Peter B. Maretz
15     Attorneys for Four Seasons Hotels Limited, a
    Canadian company

*Bacolores v. Four Seasons Hotels Limited*
San Francisco Superior Court
Case No. CGC-07-467485

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

      I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 121 Broadway, Suite 331, San Diego, California 92101.

      On November 7, 2007, I served the following document(s) described as:

- **OFFER OF JUDGMENT (FRCP 68)**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

      George R. Kingsley – Via Personal Service (Nationwide Legal, Inc.)
      Eric B. Kingsley
      KINGSLEY & KINGSLEY, APC
      16133 Ventura Boulevard, Suite 1200
      Encino, CA 91436

      Jose R. Garay – Via Facsimile
      JOSE GARAY, APLC
      2030 Main Street, Suite 1300
      Irvine, CA 92614

      Roger R. Carter – Via Facsimile
      Bianca A. Sofonio
      THE CARTER LAW FIRM
      2030 Main Street, Suite 1300
      Irvine, CA 92614

☐   BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business pursuant to Federal Rule of Civil Procedure section 5(b). I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒   BY FACSIMILE: I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (619) 232-4840. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine issued a transmission report confirming that the transmission was complete and without error.

S0077925.DOC

-2-

PROOF OF PERSONAL SERVICE

1  ☒   BY PERSONAL SERVICE:  I hand-delivered said document(s) to the addressee(s) pursuant to Federal Rule of Civil Procedure section 5(b).

2

3  ☐   BY OVERNIGHT DELIVERY  I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Federal Rule of Civil Procedure section 5(b).

4

5  ☐   BY ELECTRONIC SUBMISSION:  Pursuant to Court order, I submitted said document(s) electronically to Verilaw Technologies, Inc., to be posted to the website and notice given to all parties that document was served.

6

Executed on November 7, 2007, at San Diego, California.

7

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/s/ Valery G. Leinweber*

Valery G. Leinweber via Nationwide Legal, Inc.

S0077925.DOC

-3-

# MESSAGE CONFIRMATION

NOV-07-2007 03:31 PM WED

```
                              FAX NUMBER    :  619 232 4840
                              NAME          :  SHEA STOKES


NAME/NUMBER    :   #04419492609194
PAGE           :   6
START TIME     :   NOV-07-2007 03:30PM WED
ELAPSED TIME   :   01'26"
MODE           :   STD ECM
RESULTS        :   [ O.K ]
```

---

**Shea Stokes**
A Law Corporation

Peter B. Maretz
pmaretz@sheastokes.com
Direct Dial 619.237.0909

510 Market Street, Third Floor
San Diego, California 92101-7025

Telephone (619) 232-4261
Facsimile (619) 232-4840

www.sheastokes.com

## FAX TRANSMITTAL

| | | | | |
|---|---|---|---|---|
| DATE: | November 7, 2007 | | TIME: | |
| TO: | Jose R. Garay | FAX: (949) 260-9194 | PHONE: | |
| TO: | Roger R. Cater | FAX: (949) 260-4754 | | |
| FROM: | Peter B. Maretz | | | |
| BY: | Valery G. Leinweber | | | |
| RE: | Benigno Bacolores v. Four Seasons Hotels Limited | | | |
| OUR FILE: | 1910.0006 | | | |

ORIGINAL TO FOLLOW BY MAIL:  No

TOTAL NUMBER OF PAGES (including this form):  6

MEMO: Enclosed please find Federal Rule of Civil Procedure 68 Offer of Judgment to Benigno Bacolores by Four Seasons Hotels Limited.

This facsimile contains CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended only for the use of the addressee(s) named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via the U. S. Postal Service.

If you do not receive this transmittal completely or correctly, please contact this office.

S0077995.DOC

MESSAGE CONFIRMATION                                  NOV-07-2007 04:07 PM WED

```
                                         FAX NUMBER   :  619 232 4840
                                         NAME         :  SHEA STOKES


NAME/NUMBER     :  #29419492604754
PAGE            :  6
START TIME      :  NOV-07-2007 04:06PM WED
ELAPSED TIME    :  01'02"
MODE            :  STD ECM
RESULTS         :     [ O.K ]
```



**Shea Stokes**
A Law Corporation

Peter B. Maretz
pmaretz@sheastokes.com
Direct Dial 619.237.0909

610 Market Street, Third Floor
San Diego, California 92101-7025

Telephone (619) 232-4261
Facsimile (619) 232-4840

www.sheastokes.com

## FAX TRANSMITTAL

| | | | | |
|---|---|---|---|---|
| DATE: | November 7, 2007 | | TIME: | |
| TO: | Jose R. Garay | FAX: (949) 260-9194 | PHONE: | |
| TO: | Roger R. Cater | FAX: (949) 260-4754 | | |
| FROM: | Peter B. Maretz | | | |
| BY: | Valery G. Leinweber | | | |
| RE: | Benigno Bacolores v. Four Seasons Hotels Limited | | | |
| OUR FILE: | 1910.0006 | | | |

ORIGINAL TO FOLLOW BY MAIL:   No

TOTAL NUMBER OF PAGES (including this form):   6

MEMO:   Enclosed please find Federal Rule of Civil Procedure 68 Offer of Judgment to Benigno Bacolores by Four Seasons Hotels Limited.

This facsimile contains CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended only for the use of the addressee(s) named above.  If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this facsimile is strictly prohibited.  If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via the U. S. Postal Service.

If you do not receive this transmittal completely or correctly, please contact this office.

S0077906.DOC

# EXHIBIT B

GEORGE R. KINGSLEY
ERIC B. KINGSLEY
KEVIN M. ZIETZ
DARREN M. COHEN
ELANA R. LEVINE
GREGORY E. GIVENS

**KINGSLEY & KINGSLEY**
A PROFESSIONAL CORPORATION
CITY NATIONAL BANK BUILDING
16133 VENTURA BOULEVARD, SUITE 1200
ENCINO, CALIFORNIA 91436
(818) 990-8300
FAX (818) 990-2903

November 16, 2007

Peter B. Maretz
SHEA STOKES, ALC
510 Market St., 3rd Floor
San Diego, CA 92101

Re:   Bacolores v. Four Seasons Hotels Limited

Dear Peter:

After further consideration, Mr. Bacolores gracefully accepts Four Seasons Hotels' offer of judgment pursuant to FRCP 68. Have it filed with the court along with this letter and forward your principal's check for $40,000.00 to my attention. The check should be made payable to all of the attorneys and Mr. Bacolores.

Please note, no taxes should be deducted from this amount as this is a judgment for the full amount. Of course, you should 1099 Mr. Bacolores and the attorneys at the end of the year.

Should you have any questions or concerns, please do not hesitate to call.

Very truly yours,

KINGSLEY & KINGSLEY, APC

By: _____
ERIC B. KINGSLEY

EBK/jh

VIA FAX & MAIL
(619) 232-4840