1  ARCH Y. STOKES, Georgia State Bar No. 683100
   astokes@sheastokes.com
2  SHEA STOKES, ALC
   3593 Hemphill Street
3  College Park, GA 30337
   TELEPHONE:        (404)766-0076
4  FACSIMILE:        (404)766-8823

5

   PETER B. MARETZ, California State Bar No. 144826
6  pmaretz@sheastokes.com
   SHEA STOKES, ALC
7  510 MARKET STREET, THIRD FLOOR
   SAN DIEGO, CALIFORNIA 92101-7025
8  TELEPHONE:        (619) 232-4261
   FACSIMILE:        (619) 232-4840
9

10 Attorneys for Four Seasons Hotels Limited, a Canadian company

11

12                          UNITED STATES DISTRICT COURT

13                          NORTHERN DISTRICT OF CALIFORNIA

| 14 | BENIGNO BACOLORES, on behalf of himself and all others similarly situated, | CASE NO. C-07-05592 MHP |
|---|---|---|
| 15 | | (San Francisco Superior Court Case No. CGC-07-467485) |
| 16 | Plaintiff, | |
| 17 | v. | PROOF OF SERVICE |
| 18 | FOUR SEASONS HOTELS LIMITED, a Canadian company doing business in California, and Does 1-100, inclusive, | Action Filed September 21, 2007 |
| 19 | | |
| 20 | Defendant. | |

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

*Bacolores v. Four Seasons Hotels Limited*
United State District Court, Northern District of California
Case No. C-07-05592-MHP

**PROOF OF SERVICE**

I, Peter B. Maretz, caused the attorney(s) on the service list to be served via the Court's electronic filing system per local General Order No. 45.

On December 11, 2007, I served the following document(s) described as

- **NOTICE OF ACCEPTANCE OF FEDERAL RULES OF CIVIL PROCEDURE RULE 68 OFFER OF JUDGMENT**

| | |
|---|---|
| Eric B. Kingsley<br>KingsleyLaw@aol.com<br>JHall@kingsleykingsley.com | Attorneys for Plaintiff |
| Jose Garay<br>Jgaray@cartergaraylaw.com | Attorney for Plaintiff |

Executed on December 11, 2007, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                              /s/ Peter B. Maretz