ARCH Y. STOKES, Georgia State Bar No. 683100
astokes@sheastokes.com
SHEA STOKES, ALC
3593 Hemphill Street
College Park, GA 30337
TELEPHONE:     (404)766-0076
FACSIMILE:     (404)766-8823

PETER B. MARETZ, California State Bar No. 144826
pmaretz@sheastokes.com
VICTORIA G. PURUGANAN, California State Bar No. 239257
vpuruganan@sheastokes.com
SHEA STOKES, ALC
510 MARKET STREET, THIRD FLOOR
SAN DIEGO, CALIFORNIA 92101-7025
TELEPHONE:     (619) 232-4261
FACSIMILE:     (619) 232-4840

Attorneys for Four Seasons Hotels Limited, a Canadian company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENIGNO BACOLORES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOUR SEASONS HOTELS LIMITED, a Canadian company doing business in California, and Does 1-100, inclusive,<br><br>Defendant. | CASE NO. C-07-05592 MHP<br><br>(San Francisco Superior Court Case No. CGC-07-467485)<br><br>**CONSENT JUDGMENT**<br><br>Class Action Fairness Act<br><br>Action Filed September 21, 2007 |

///
///
///
///
///
///
///
///

C-07-05592 MHP

1  This above-entitled action was filed by Plaintiff Benigno Bacolores ("Plaintiff") on
2  September 21, 2007. Four Seasons Hotels Limited removed the action to the United States
3  District Court, Northern District of California on November 2, 2007.
4      Four Seasons Hotels Limited offered in writing pursuant to Federal Rules of Civil
5  Procedure Rule 68 to allow Plaintiff to take judgment against it for $40,000.00, which offer
6  Plaintiff, within ten days, duly accepted in writing. Plaintiff and Four Seasons Hotels Limited
7  hereby stipulate through their respective counsel that judgment be entered dismissing Plaintiff's
8  complaint in return for the payment of $40,000.00 from Four Seasons Hotel Limited to Plaintiff,
9  which constitutes full payment of any and all damages, wages, penalties, interest, costs, and
10 attorneys' fees otherwise recoverable by Plaintiff, and is in total settlement of this action with no
11 admission of liability. Four Seasons Hotels Limited does not admit any liability or wrongdoing on
12 their part and this consent judgment shall not constitute any admission on its part of any liability
13 or wrongdoing here. Except as is otherwise provided for in the Rule 68 offer of judgment, the
14 parties will bear their own attorneys' fees, costs, and litigation expenses.
15
16 DATED: November 26, 2007        KINGSLEY & KINGSLEY
17
18                                 By: _____
19                                     Eric Kingsley
                                       Attorneys for Plaintiff Benigno Bacolores
20
                                   *December 14*
21 DATED: ~~November 26,~~ 2007      SHEA STOKES
22
23                                 By: _____
24                                     Arch Y Stokes
                                       Peter B. Maretz
25                                     Victoria Grace Puruganan
                                       Attorneys for Four Seasons Hotels Limited, a
26                                     Canadian company
27
28

1

2       The parties, having filed their written consent and stipulation to judgment as set forth
3   above, and good cause appearing; now, therefore,
4       IT IS ORDERED, ADJUDGED, AND DECREED that:
5       1.   The consent and stipulation for judgment of the parties be, and it is, approved;
6       2.   Plaintiff has and recovers of and from Defendant Four Seasons Hotels Limited, the
7   sum of $40,000.00.
8       3.   This judgment is in full satisfaction and discharge of all claims, demands, and
9   causes of action that Plaintiff has, or may have, against Four Seasons Hotel Limited, to the date of
10  this judgment.
11      4.   The parties will bear their own attorneys' fees, costs, and litigation expenses.
12      5.   The court shall retain jurisdiction over this mater for the purpose of enforcement of
13  the order within.

14

15  DATED:

16

17                              By: _____
18                                  Judge Marilyn Hall Patel

19
20  ENTERED ON:

21
22                              By: _____
                                    Clerk of the United States District Court,
23                                  Northern District

24
25
26
27
28