1  ARCH Y. STOKES, Georgia State Bar No. 683100
   astokes@sheastokes.com
2  SHEA STOKES, ALC
   3593 Hemphill Street
3  College Park, GA 30337
   TELEPHONE:      (404)766-0076
4  FACSIMILE:      (404)766-8823

5

   PETER B. MARETZ, California State Bar No. 144826
6  pmaretz@sheastokes.com
   SHEA STOKES, ALC
7  510 MARKET STREET, THIRD FLOOR
   SAN DIEGO, CALIFORNIA 92101-7025
8  TELEPHONE:      (619) 232-4261
   FACSIMILE:      (619) 232-4840
9

10 Attorneys for Four Seasons Hotels Limited, a Canadian company

11

12                     UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  BENIGNO BACOLORES, on behalf of himself and all others similarly situated, | CASE NO. C-07-05592 MHP |
| 15 | (San Francisco Superior Court Case No. CGC-07-467485) |
| 16         Plaintiff, | |
| 17  v. | PROOF OF SERVICE |
| 18  FOUR SEASONS HOTELS LIMITED, a Canadian company doing business in California, and Does 1-100, inclusive, | Action Filed September 21, 2007 |
| 19 | |
| 20         Defendant. | |

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

S007805...                                                  C-07-05592 MHP
                                                            Proof of Service

*Bacolores v. Four Seasons Hotels Limited*
United State District Court, Northern District of California
Case No. C-07-05592-MHP

### PROOF OF SERVICE

I, Peter B. Maretz, caused the attorney(s) on the service list to be served via the Court's electronic filing system per local General Order No. 45.

On December 31, 2007, I served the following document(s) described as

- **CONSENT JUDGMENT**

| | |
|---|---|
| Eric B. Kingsley<br>KingsleyLaw@aol.com<br>JHall@kingsleykingsley.com | Attorneys for Plaintiff |
| Jose Garay<br>Jgaray@cartergaraylaw.com | Attorney for Plaintiff |

Executed on December 31, 2007, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Peter B. Maretz