1  ARCH Y. STOKES, Georgia State Bar No. 683100
   astokes@sheastokes.com
2  SHEA STOKES, ALC
   3593 Hemphill Street
3  College Park, GA 30337
   TELEPHONE:     (404)766-0076
4  FACSIMILE:     (404)766-8823

5

   PETER B. MARETZ, California State Bar No. 144826
6  pmaretz@sheastokes.com
   SHEA STOKES, ALC
7  510 MARKET STREET, THIRD FLOOR
   SAN DIEGO, CALIFORNIA 92101-7025
8  TELEPHONE:     (619) 232-4261
   FACSIMILE:     (619) 232-4840
9

10 Attorneys for Four Seasons Hotels Limited, a Canadian company

11

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14 BENIGNO BACOLORES, on behalf of             CASE NO. C-07-05592 MHP
   himself and all others similarly situated,
15                                             (San Francisco Superior Court Case No. CGC-
              Plaintiff,                       07-467485)
16
   v.                                          PROOF OF SERVICE
17
   FOUR SEASONS HOTELS LIMITED, a              Action Filed September 21, 2007
18 Canadian company doing business in
   California, and Does 1-100, inclusive,
19
              Defendant.
20

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                                                       C-07-05592 MHP

*Bacolores v. Four Seasons Hotels Limited*
United State District Court, Northern District of California
Case No. C-07-05592-MHP

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 510 Market, Third Floor, San Diego, California 92101.

On December 31, 2007, I served the following document(s) described as:

- **CONSENT JUDGMENT**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

George R. Kingsley
KINGSLEY & KINGSLEY, APC
16133 Ventura Boulevard, Suite 1200
Encino, CA 91436

Roger R. Carter
Bianca A. Sofonio
THE CARTER LAW FIRM
2030 Main Street, Suite 1300
Irvine, CA 92614

☒ BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business pursuant to Federal Rule of Civil Procedure section 5(b). I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY FACSIMILE: I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (619) 232-4840. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine issued a transmission report confirming that the transmission was complete and without error.

☐ BY PERSONAL SERVICE: I hand-delivered said document(s) to the addressee(s) pursuant to Federal Rule of Civil Procedure section 5(b).

☐ BY OVERNIGHT DELIVERY I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Federal Rule of Civil Procedure section 5(b).

///

1 ☐ BY ELECTRONIC SUBMISSION: Pursuant to Court order, I submitted said document(s) electronically to Verilaw Technologies, Inc., to be posted to the website and notice given to all parties that document was served.

Executed on December 31, 2007, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_Leanna [signature]_
Leanna Pierce