1  ARCH Y. STOKES, Georgia State Bar No. 683100
   astokes@sheastokes.com
2  SHEA STOKES, ALC
   3593 Hemphill Street
3  College Park, GA 30337
   TELEPHONE:     (404)766-0076
4  FACSIMILE:     (404)766-8823

5  PETER B. MARETZ, California State Bar No. 144826
   pmaretz@sheastokes.com
6  VICTORIA G. PURUGANAN, California State Bar No. 239257
   vpuruganan@sheastokes.com
7  SHEA STOKES, ALC
   510 MARKET STREET, THIRD FLOOR
8  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:     (619) 232-4261
9  FACSIMILE:     (619) 232-4840

10 Attorneys for Four Seasons Hotels Limited, a Canadian company

11                   UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  BENIGNO BACOLORES, on behalf of himself and all others similarly situated, | CASE NO. C-07-05592 MHP |
| 14          Plaintiff, | (San Francisco Superior Court Case No. CGC-07-467485) |
| 15  v. | **CONSENT JUDGMENT** |
| 16  FOUR SEASONS HOTELS LIMITED, a Canadian company doing business in California, and Does 1-100, inclusive, | Class Action Fairness Act |
| 17 | Action Filed September 21, 2007 |
| 18          Defendant. | |

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

1   This above-entitled action was filed by Plaintiff Benigno Bacolores ("Plaintiff") on
2   September 21, 2007. Four Seasons Hotels Limited removed the action to the United States
3   District Court, Northern District of California on November 2, 2007.
4       Four Seasons Hotels Limited offered in writing pursuant to Federal Rules of Civil
5   Procedure Rule 68 to allow Plaintiff to take judgment against it for $40,000.00, which offer
6   Plaintiff, within ten days, duly accepted in writing. Plaintiff and Four Seasons Hotels Limited
7   hereby stipulate through their respective counsel that judgment be entered dismissing Plaintiff's
8   complaint in return for the payment of $40,000.00 from Four Seasons Hotel Limited to Plaintiff,
9   which constitutes full payment of any and all damages, wages, penalties, interest, costs, and
10  attorneys' fees otherwise recoverable by Plaintiff, and is in total settlement of this action with no
11  admission of liability. Four Seasons Hotels Limited does not admit any liability or wrongdoing on
12  their part and this consent judgment shall not constitute any admission on its part of any liability
13  or wrongdoing here. Except as is otherwise provided for in the Rule 68 offer of judgment, the
14  parties will bear their own attorneys' fees, costs, and litigation expenses.
15
16  DATED: November 26, 2007        KINGSLEY & KINGSLEY
17
18                                  By: _____
19                                      Eric Kingsley
                                        Attorneys for Plaintiff Benigno Bacolores
20
21  DATED: ~~November 26,~~ December 14, 2007    SHEA STOKES
22
23                                  By: _____
24                                      Arch Y Stokes
                                        Peter B. Maretz
25                                      Victoria Grace Puruganan
                                        Attorneys for Four Seasons Hotels Limited, a
26                                      Canadian company
27
28

5007833                              -2-                    C-07-05592 MHP
                                                            Consent Judgment

The parties, having filed their written consent and stipulation to judgment as set forth above, and good cause appearing; now, therefore,

IT IS ORDERED, ADJUDGED, AND DECREED that:

1. The consent and stipulation for judgment of the parties be, and it is, approved;

2. Plaintiff has and recovers of and from Defendant Four Seasons Hotels Limited, the sum of $40,000.00.

3. This judgment is in full satisfaction and discharge of all claims, demands, and causes of action that Plaintiff has, or may have, against Four Seasons Hotel Limited, to the date of this judgment.

4. The parties will bear their own attorneys' fees, costs, and litigation expenses.

5. The court shall retain jurisdiction over this mater for the purpose of enforcement of the order within.

DATED: 1/2/2008

By: 
Judge Marilyn H. Patel

ENTERED ON:

By: _____
Clerk of the United States District Court,
Northern District