1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11   BENIGNO BACOLORES, on behalf of          CASE NO. C-07-05592 MHP
     himself and all others similarly situated,
12                                            (San Francisco Superior Court Case No. CGC-
                   Plaintiff,                 07-467485)
13
     v.                                       **SATISFACTION OF JUDGMENT**
14
     FOUR SEASONS HOTELS LIMITED, a           Class Action Fairness Act
15   Canadian company doing business in
     California, and Does 1-100, inclusive,   Action Filed September 21, 2007
16
                   Defendant.
17

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1    WHEREAS, a judgment was entered in the above-entitled action on January 2, 2008 in

2    favor of Plaintiff Benigno Bacolores ("Plaintiff") and against Defendant Four Seasons Hotels

3    Limited in the amount of $40,000.00 constituting full payment of any and all damages, wages,

4    penalties, interest, costs, and attorneys' fees otherwise recoverable by Plaintiff, and is in total

5    settlement of this action with no admission of liability, such judgment having been fully paid, and

6    it is certified that there are no outstanding executions with any sheriff or marshal;

7    THEREFORE, full and complete satisfaction of such judgment is acknowledged, and the

8    Clerk of the Court is authorized and directed to make an entry of the full and complete satisfaction

9    on the docket of this judgment.

10

11    DATED: January 9, 2008                    KINGSLEY & KINGSLEY

12

13    By: _____

14    Eric Kingsley
      Attorneys for Plaintiff Benigno Bacolores

15

16

17

18

19

20

21

22

23

24

25

26

27

28

S007903

C-07-05592 MHP
                                                Satisfaction of Judgment

1          (PROOF OF SERVICE BY MAIL - 1013a, 2015.5 C.C.P.)

2              STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3     I am employed in the county aforesaid, State of California.  I am
      over the age of eighteen years and not a party to the within
4     entitled action; my business address is 16133 Ventura Boulevard,
      Suite 1200, Encino, California 91436.

5
      On January 9, 2008, I served the foregoing document described as
6     **SATISFACTION OF JUDGMENT** on the interested parties in this action
      by placing a true copy thereof enclosed in sealed envelopes
7     addressed as follows:

8
      Peter B. Maretz
9     SHEA STOKES, ALC
      510 Market St., 3rd Floor
10    San Diego, CA 92101
      (619) 237-0909
11    fax (619) 232-4840
      pmaretz@sheastokes.com
12
      Arch Y. Stokes
13    SHEA STOKES, ALC
      3593 Hemphill st.
14    College Park, GA
      (404) 766-0076
15    FAX (404) 766-8823
      astokes@sheastokes.com
16

17    __X__  **BY MAIL** As follows:  I am "readily familiar" with the firm's
      practice of collection and processing correspondence for mailing.
18    Under that practice it would be deposited with U.S. postal service
      on that same day with postage thereon fully prepaid at Encino,
19    California, in the ordinary court of business.  I am aware that on
      motion of party served, service is presumed invalid if postal
20    cancellation date or postage meter date is more than one day after
      date of deposit for mailing in affidavit.

21
      _____  **BY PERSONAL SERVICE.**  I delivered such envelope by hand to
22    the offices of the addressee.

23    _____  **(State)** I declare under penalty of perjury, under the laws
      of the State of California that the above is true and correct.
24
      __X__  **(Federal)** I declare that I am employed in the office of a
25    member of the bar of this court at whose direction the service was
      made.
26

27                              _____
                                J. HALL

28